UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.R. JOHNSON,<br><br>          Petitioner,<br><br>     v.<br><br>WARDEN, CALIFORNIA STATE PRISON AT CORCORAN,<br><br>          Respondent. | 1:06-cv-00731-AWI-DLB-HC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 4)<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**ORDER DIRECTING CLERK TO ENTER JUDGMENT**<br><br>**ORDER TERMINATING ACTION** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On July 20, 2006, the Magistrate Judge filed Findings and Recommendations that the Petition for Writ of Habeas Corpus be DISMISSED, and judgment be entered, thus terminating this action. These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. On August 14, 2006, Petitioner filed objections to the Findings and Recommendations.

//

1

1 In accordance with the provisions of 28 U.S.C. § 636
2 (b)(1)(C), this Court has conducted a *de novo* review of the case.
3 Having carefully reviewed the entire file, including Petitioner's
4 objections, the Court concludes that the Magistrate Judge's
5 Findings and Recommendations are supported by the record and proper
6 analysis.  Petitioner's objections present no grounds for
7 questioning the Magistrate Judge's analysis.   While Petitioner may
8 have other remedies in a civil rights action, the court simply
9 cannot provide Plaintiff with the relief he seeks in a federal
10 habeas corpus petition.

11 Accordingly, IT IS HEREBY ORDERED that:

12 1. The Findings and Recommendations, filed July 20, 2006,
13 are ADOPTED IN FULL;

14 2. The Petition for Writ of Habeas Corpus is DISMISSED;

15 3. The Clerk of Court enter judgment; and,

16 4. This action is therefore TERMINATED.

18 IT IS SO ORDERED.

19 **Dated:   September 12, 2006**              **/s/ Anthony W. Ishii**
0m8i78                                          UNITED STATES DISTRICT JUDGE

2